UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA          )
                                                          )
         vs.                                            )              CAUSE No. 3:04-CR-108(2) RM
                                                          )
VERNARDO MALONE                     )

<u>OPINION and ORDER</u>

On May 3, Mr. Vernado Malone again moved the court to reconsider his detention order and grant another hearing on the issue. After reviewing the record, the court finds no persuasive basis to reconsider its previous detention order and therefore DENIES Mr. Malone's motion [Doc. No. 65].

SO ORDERED.

ENTERED: <u>May 11, 2005</u>

                                  <u> /s/ Robert L. Miller, Jr.          </u>
                                  Chief Judge
                                  United States District Court

cc:   W. Stevens
       K. Hays
       V. Malone