UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE No. 3:04-CR-108(2) RM |
| | ) | |
| VERNARDO MALONE | ) | |

MEMORANDUM AND ORDER

On August 30, Tamora Malone, who is not a party to this case, filed a motion for release of property, and requested a hearing to determine whether the property was illegally seized. The court has no authority to rule on Mrs. Malone's motion in this criminal case. Therefore, the court DENIES the motion. [Doc. No. 77].

SO ORDERED.

ENTERED: September 1, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: W. Stevens
K. Hays
V. Malone
K. Korpal
F. Hains