UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE No. 3:04-CR-108(2) RM |
| ) | |
| VERNARDO MALONE ) | |

OPINION AND ORDER

On November 10, Vernado Malone filed a notice of appeal with the clerk regarding his direct appeal in this case. On November 21, he requested the court to order the court reporter to produce a transcript of his change of plea hearing and sentencing free of charge to investigate his waiver of appeal. On December 5, Mr. Malone moved the court to appoint him appellate counsel to also investigate whether he validly waived his appeal, which mirrored Mr. Malone's final motion before the court for reconsideration of its November 28 order denying his first request for counsel.

Once Mr. Malone filed his November 10 notice of appeal, this court's ability to address his request for counsel was suspended. United States v. Veteto, 945 F.2d 163, 165 (7th Cir. 1991) ("Once the notice of appeal is filed, jurisdiction is conferred on the court of appeals and the district court's power to proceed further in the case is suspended."). Thus, to the extent Mr. Malone requests any relief from this court, the court DENIES his motion for counsel [Doc. Nos. 110 & 111]. Although Mr. Malone appears to have waived his right to appeal in the plea agreement, he may seek appointment of counsel by the court of appeals.

Because it is this court's responsibility to provide necessary transcripts for appellate resolution, the court GRANTS Mr. Malone's request for transcripts of his guilty plea and sentencing proceedings. [Doc. No. 105].

SO ORDERED.

ENTERED: <u>December 13, 2005</u>

<u> /s/ Robert L. Miller, Jr.         </u>
Chief Judge
United States District Court

cc:   K. Hays
      V. Malone