UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:04-CR-108(2) RM |
| ) | |
| VERNARDO MALONE ) | |

OPINION AND ORDER

Vernado Malone filed a motion to release property pursuant to FED. R. CRIM. P. 41(g), along with a request to proceed *in forma pauperis*. The motion to proceed IFP is DENIED as unnecessary [Doc. No. 138], and the government is ORDERED to respond to the motion to release property.

SO ORDERED.

ENTERED: May 15, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: K. Hays
V. Malone