UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE No. 3:04-CR-108(2) RM |
| | ) | |
| VERNARDO MALONE | ) | |

OPINION AND ORDER

On June 2, Vernado Malone moved the court pursuant to FED. R. CRIM. P. 35 to correct or reduce his sentence. To the extent that Mr. Malone moves under Rule 35(a), his motion is untimely because that rule provides the court may only correct a sentence "[w]ithin 7 days after sentencing." FED. R. CRIM. P. 35(a). To the extent Mr. Malone moves under Rule 35(b), the court cannot grant his request because the rule provides the court may reduce a sentence only "[u]pon the government's motion." FED. R. CRIM. P. 35(b). Under either provision of Rule 35, the court is without the authority to grant Mr. Malone's request, and consequently DENIES the motion [Doc. No. 157].

SO ORDERED.

ENTERED: June 13, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: K. Hays
V. Malone