UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:04-CR-108(2) RM |
| | ) | |
| VERNARDO MALONE | ) | |

## OPINION AND ORDER

On May 10, Vernado Malone filed a motion for release of property pursuant to FED. R. CRIM. P. 41(g), asserting that the "police department is holding $1.00 that belongs to Mr. Malone and $8,658.00 that belongs to other 3rd partys [sic]." Motion at p.1.

Rule 41(g) provides that "a person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return." Insofar as Mr. Malone seeks the return of the $8,658 that belongs to other parties, he has no standing to move for such relief. Under Rule 41(g), the person moving for the property's return must be the person aggrieved by the alleged unlawful seizure, and Mr. Malone concedes in his motion that he isn't the owner of the $8,658. In regards to the remaining $1.00, Mr. Malone has not alleged nor made any showing that the government's seizure of that dollar was unlawful. Rather, Mr. Malone focuses his arguments on $8,620.00 that he again concedes is not his.

For these reasons, Mr. Malone's motion to return $1.00 to him is DENIED [Doc. No. 139].

SO ORDERED.

ENTERED: June 13, 2006

             /s/ Robert L. Miller, Jr.
             Chief Judge
             United States District Court

cc: K. Hays
   V. Malone